# UNITED STATES BANKRUPTCY COURT

## District of Utah

|  |  |  |
|---|---|---|
| In re, Matthew David Milligan<br>Debtor | )<br>)<br>)<br>)<br>)<br>) | Case No. 12-32160<br><br>Chapter 7 |

MAILING MATRIX

DEBTORS MAILING ADDRESS

Matthew David Milligan
PO BOX 520332
Salt Lake City, UT 84152-0332

CREDITORS MAILING ADDRESSES

ACS INC
Campus Products and Services
P.O. Box 7060
Utica, NY 13504-7060

Capital One Bank USA NA
PO BOX 30281
Salt Lake City, UT 84130

Coast Professional
214 Expo Circle Suite 7
West Monroe, LA 71202

Chase Bank USA NA
PO BOX 15298
Wilmington, DE 19850

Express Recovery INC
2790 Decker Lake DR
West Valley City, UT 84119

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2012 SEP 25  AM 11:48
DISTRICT OF UTAH

Federal Bond Collection
2200 Byberry Rd Suite 120
Hatboro, PA 19040-3739

FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Kearns Oquirrh Park Fitness Center
Accounts Receivable
5624 S 4800 W Kearns, UT 84118-6055

Kendall C. Farr Law Offices
4625 S 2300 E #106
Holladay, UT 84117

LVNV Funding LLC
PO BOX 10497
Greenville, SC 29603

Midland Funding LLC
8875 Aero DR Suite 200
San Diego, CA 92123

NAR INC
5225 Wiley Post WY #410
Salt Lake City, UT 84116

Salt Lake Community College
Accounts Receivable
4600 South Redwood Road
Salt Lake City, UT 84123

University of Utah Federal Credit Union
PO BOX 58025
Salt Lake City, UT 84158-0025